226

**Roy LOSEE et al.**

v.

**BERYLLIUM RESOURCES, INC.,**
a corporation.
No. 7065.

United States Court of Appeals
Tenth Circuit.
Sept. 27, 1962.

R. Lauren Moran and Gilbert L. Mc-Swain, Denver, Colo., and Dudley D. Crafts, Delta, Utah, for appellants.

Clifford L. Ashton, Leonard J. Lewis and Howard L. Edwards, Salt Lake City, Utah, for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed September 27, 1962, pursuant to stipulation.

**NEUMAN TRANSIT CO., Inc., a Wyoming Corporation,**

v.

**CENTRAL CASUALTY COMPANY, an Illinois Corporation.**
No. 7068.

United States Court of Appeals
Tenth Circuit.
Aug. 31, 1962.

Armstrong & Keldsen, Rawlins, Wyo., for appellant.

Lathrop, Lathrop & Tilker, Cheyenne, Wyo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed August 31, 1962, pursuant to stipulation, D.C., 203 F.Supp. 413.

**PAN AMERICAN PETROLEUM CORPORATION**

v.

**FEDERAL POWER COMMISSION.**
Nos. 6975-6977.

United States Court of Appeals
Tenth Circuit.
Oct. 5, 1962.

J. P. Hammond, Tulsa, Okl., William J. Grove and Carroll L. Gilliam, Washington, D. C., and Peter H. Holme, Jr., Ted P. Stockmar and Lucius E. Woods, Denver, Colo., for petitioner.

Richard A. Solomon, Gen. Counsel, and Howard E. Wahrenbrock, Solicitor, Federal Power Commission, Washington, D. C., for respondent.

Before PICKETT, LEWIS and HILL, Circuit Judges.

PER CURIAM.

Petitions to review dismissed October 5, 1962, on motion of petitioner to withdraw and dismiss the petitions to review.

**UNITED STATES of America**

v.

**Robert W. COLLIER et al.**
No. 7190.

United States Court of Appeals
Tenth Circuit.
Dec. 4, 1962.

Lawrence M. Henry, U. S. Atty., Denver, Colo., for appellant.

William F. Fair, Denver, Colo., for appellees.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed December 4, 1962, on motion of appellant.